SMITH *v.* PORTER.

Nov. Term, 1854.

A judgment will not be reversed for the insufficiency of the evidence, where the record does not profess to contain all that was given.

A motion in arrest of judgment supersedes a motion for a new trial.

WALTERS
v.
PINXTO:
5    429
Case 1
170    539

ERROR to the *Hamilton* Circuit Court.

*Monday, December 4.*

STUART, J.—Case for slanderous words. Verdict and judgment for the plaintiff.

The record does not purport to contain all the evidence. *Elder* v. *Robins*, 2 Ind. 210.—*Montgomery* v. *Doe* d. *Pearson*, 4 Ind. 266. And even if it did, the party moving for a new trial superseded that motion by a motion in arrest of judgment. *Rogers* v. *Maxwell*, 4 Ind. 243.—*Bepley* v. *The State*, id. 264.

We see nothing in the record which the latter motion would reach.

*Per Curiam.*—The judgment is affirmed with costs.

*G. H. Voss*, for the plaintiff.

*W. Garver*, for the defendant.